### JERRY MITCHELL *v.* COMMISSIONER OF CORRECTION

The petitioner Jerry Mitchell's petition for certification for appeal from the Appellate Court, 94 Conn. App. 210 (AC 25491), is denied.

*Martin Zeldis,* public defender, in support of the petition.

Decided May 31, 2006

### STATE OF CONNECTICUT *v.* AQUARIUS GUMBS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 747 (AC 25828), is denied.

*Norman A. Pattis,* in support of the petition.

*Proloy K. Das,* assistant state's attorney, in opposition.

Decided May 31, 2006